HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARBARA STUART-ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS WASHINGTON STATE,<br><br>Defendant | No. RBL C10-5861RBL<br><br>ORDER STAYING CASE PENDING 9TH CIRCUIT REVIEW [Dkt. #1] |

THIS MATTER comes before the court on plaintiff's Motion to Proceed *in forma pauperis.* [Dkt. #1.] The court has considered the motion and the remainder of the record herein.

Plaintiff requests that the court permit her to proceed *in forma pauperis* (IFP), that is, without paying the $350 filing fee for a civil case. The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed in forma liberally and has afforded plaintiff the benefit of any doubt. *See Karim-Panahi v. Los Angeles Police Dep't*, 839 F.2d 621, 623 (9th Cir.1988).

The claims alleged by the Plaintiff appear to arise out of the same facts as her prior complaint in *Robinson v. Department of Corrections*, Cause no. 10-5652RBL.  That case was dismissed due to a lack of jurisdiction, and this case appears to be a response to that Order of Dismissal [*See* Dkt. #32 in Cause No. 10-5652].

ORDER - 1

However, instead of (or in addition to) re-filing her claims with the proper jurisdictional bases, Plaintiff chose to appeal the Court's Order to the Ninth Circuit. [*See* Dkt. # 34 in Cause No. 10-5652]. Plaintiff cannot prosecute both actions simultaneously, given that they are essentially the same case.

The Court will therefore STAY this action, including Plaintiff's IFP application, until such time as the Ninth Circuit resolves her appeal of the Court's dismissal in Cause No. 10-5652.

The clerk will enter an order STATISTICALLY TERMINATING the case pending that resolution, and the plaintiff is INSTRUCTED to notify the court when that appeal is complete.

**IT IS SO ORDERED.**

DATED  this 2nd day of FEBRUARY 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE